UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                            Cr. No.11-20726
                                                Judge: ROBERT H. CLELAND

JUAN FRANCISCO AGUINAGA-BUENDIA,

    Defendant.
_____/

## EX PARTE ORDER TO PERMIT INTERPRETER INTO WAYNE COUNTY JAIL ST CLAIR COUNTY JAIL OR, MILAN DETENTION CENTER

The Defendant, JUAN FRANCISCO AGUINAGA-BUENDIA, an Spanish speaker, requires the assistance of an interpreter to communicate with counsel,

**IT IS HEREBY ORDERED** that Sara Pallero or an interpreter from Pallero Translations, an interpreter of English to Spanish and Spanish to English be admitted to Wayne County Jail, including the Dickerson Facility, the Federal Detention Center at Milan, Michigan or St Clair County Jail, Port Huron, Michigan to assist counsel for defendant.

**SO ORDERED**.

                                                 s/Robert H. Cleland
                                                 ROBERT H. CLELAND
                                                 UNITED STATES DISTRICT JUDGE

Dated: December 9, 2011

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, December 9, 2011, by electronic and/or ordinary mail.

 s/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522